Steven C. Lynes (California Bar No. 174020)
LYNES & ASSOCIATES
1478 Stone Point Drive, Suite 400
Roseville, CA 95661-2876
Telephone:   (916) 367-7563
Facsimile:    (916) 367-7714
Email:          slynes@lyneslaw.com

Attorneys for Plaintiff
LISA FORTMULLER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| LISA FORTMULLER, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO, aka Wachovia Mortgage, a division of Wells Fargo formerly World Savings, and DOES 1 – 5, inclusive,<br><br>　　　　　Defendants. | Case No.2:11-CV-0950 JAM-DAD PS<br><br>[Assigned to the Hon. Dale A. Drozd]<br><br>**SUBSTITUTION OF ATTORNEY FOR PLAINTIFF LISA FORTMULLER; ORDER** |

THE COURT AND ALL THOSE LISTED ON THE ATTACHED CERTIFICATE OF SERVICE

YOU ARE HEREBY NOTIFIED THAT:

　　Plaintiff LISA FORTMULLER hereby substitutes Steven C. Lynes of Lynes & Associates, 1478 Stone Point Drive, Suite 400, Roseville, California 95661 as her attorney of record in the above-referenced action in place of herself, current acting in *propria persona*

Dated: May 5, 2011　　　　　/s/ LISA FORTMULLER
　　　　　　　　　　　　　　　LISA FORTMULLER, Plaintiff

　　I ACCEPT THIS SUBSTITUTION

Dated: May 5, 2011        LYNES & ASSOCIATES

                    By:   /s/ Steven C. Lynes
                          Steven C. Lynes
                          Attorneys for Plaintiff
                          LISA FORTMULLER

I CONSENT TO THIS SUBSTITUTION

Dated: May 5, 2011        /s/ LISA FORTMULLER
                          LISA FORTMULLER, Plaintiff

## ORDER

The foregoing substitution of attorneys is authorized by this Court

Dated: 5/5/2011           /s/ John A. Mendez
                          Hon. John A. Mendez
                          United States District Judge

Substitution of Attorney and [Proposed] Order

2

PDF created with pdfFactory trial version www.pdffactory.com

<u>PROOF OF SERVICE</u>

I am employed in the County of Placer, State of California. I am over the age of 18 and not a party to the within action. My business address is LYNES & ASSOCIATES, 1478 Stone Point Drive, Suite 400, Roseville, California, 95661, I served the document, described as:

**SUBSTITUTION OF ATTORNEY FOR PLAINTIFF LISA FORTMULLER; [PROPOSED] ORDER**

on each interested party in this action, as follows:

> **Christopher A. Carr, Esq.**
> **D. Dennis La, Esq.**
> **ANGLIN, FLEWELLING, RASMUSSEN,**
> **CAMPBELL & TRYTTEN LLP**
> **199 S. Los Robles Ave., Suite 600**
> **Pasadena, California 91101-2459**
> **Tel: (626) 535-1900**
> **Fax: (626) 577-7764**

__X__ (VIA NOTICE OF ELECTRONIC FILING ("NEF")) – (VIA NOTICE OF ELECTRONIC FILING) Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the document will be served by the Court's CM/ECF system via NEF and hyperlink to the document(s) upon all participants who are registered CM/ECF users in this case.

____ (BY U.S. MAIL) I placed a true copy or original of the document(s) in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Lynes & Associates, Roseville, California. I am readily familiar with Lynes & Associates' practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

____ (BY FACSIMILE) By use of facsimile machine telephone number (510) 845-3016, I served a copy of the within document on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report, which is attached to this proof of service, was
properly issued by the transmitting facsimile machine.

_____ (BY OVERNIGHT EXPRESS) I deposited in a box or other facility maintained by Overnight Express delivery service, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy or original of the document(s), in an envelope designated by said express service carrier, with delivery fees paid or provided.

__X__ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 5, 2011              _____/s/ Priscilla Franco_____