UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FORTMULLER, an individual ) | Case No. 2:11-CV-00950 JAM-DAD |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANTS' |
| v.  ) | MOTION TO DISMISS |
| ) | |
| WELLS FARGO BANK, aka Wachovia ) | |
| Mortgage, a division of Wells ) | |
| Fargo formerly World Savings, ) | |
| and DOES 1 through 5, inclusive, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB's ("Wells Fargo") Motion to Dismiss (Doc. #7) Plaintiff Lisa Fortmuller's ("Plaintiff") Complaint (Doc. #1), pursuant to Federal Rules of Civil Procedure 12(b)(6).  Plaintiff did not oppose the Motion to Dismiss.[1]

Plaintiff did not file an opposition or statement of non-opposition to Defendants' Motion to Dismiss.  Local Rule 230(c)

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).  The hearing was originally scheduled for August 3, 2011.

1

requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date.  Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules."  Since the Court imposed a possible fine of $150.00 on Plaintiff's counsel, Steven C. Lynes, in the related action <u>Fortmuller v. Wells Fargo</u>, No. 11-CV-00948 JAM-DAD, the Court will not impose sanctions in the instant case.

<u>ORDER</u>

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss is GRANTED, WITH PREJUDICE.

IT IS SO ORDERED.

Dated: August 4, 2011

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE